In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor of and Trustee under the Will of FRANK L. SCOTT, Deceased.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Appellant; CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor, et al., Respondents.

Argued April 23, 1937; decided May 25, 1937.

*Isaac M. Barnett* and *Roy Plaut* for appellant.

*Samuel A. Pleasants* and *Benjamin G. Myron* for executor, respondent.

*John P. O'Brien* for David Sherwood et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: LEHMAN and HUBBS, JJ.